**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                                    CASE NO.  4:05cr30-SPM

**CATHERINE ANN BELL,**                              DOCKET NO. 4:06mj21-WCS

      **Defendant.**
_____/

### ORDER CONTINUING FIRST APPEARANCE

      Defendant was arrested on December 13, 2005, in the Western District of North Carolina and appeared before Judge David Kessler on that date.  Judge Kessler appointed the Federal Public Defender for the Defendant and a detention hearing was scheduled for December 16, 2005.  After hearing the evidence, Judge Kessler detained the Defendant and she was removed to this district after waiving an identity hearing.

      The Defendant's first appearance in this district was originally scheduled for today at 2:00 p.m., but the court only learned today that she had retained local counsel.  Counsel was contacted, but he was not available today as scheduled and requested that the first appearance be continued to Tuesday, February 14, 2006.

      Accordingly, it is **ORDERED** that Defendant's oral request for a continuance of the first appearance is **GRANTED** and the first appearance is continued to **Tuesday,**

**February 14, 2006**, beginning at 2:00 P.M.   The defendant shall be held in custody by the United States Marshal and shall the Marshal shall transport Defendant to the U.S. Courthouse for this first appearance.

  **DONE AND ORDERED** on February 8, 2006.


     <u>S/ William C. Sherrill, Jr.</u>
     **WILLIAM C. SHERRILL, JR.**
     **UNITED STATES MAGISTRATE JUDGE**