IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**                                        **CASE NO. 4:05-CR-030-SPM**

**CATHERINE BELL,**

    **Defendant.**

_____/

**ORDER DISCHARGING COUNSEL AND APPOINTING PUBLIC DEFENDER**

**THIS CAUSE** comes before the Court upon the "Motion to Withdraw as Counsel and for Appointment of Public Defender" (doc. 15) filed February 20, 2006, in which defense counsel cites nonpayment of agreed-upon funds as the reason for the request.  The motion was filed within the 7-day limit set out in Local Rule 11.1(G)(1), and counsel certifies that his withdrawal is not likely to cause a continuance of the trial scheduled for March 20, 2006.  *See* N.D. Fla. Loc. R. 11.1(F).  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The motion to withdraw (doc. 15) is hereby *granted* and counsel Brian Wolk is discharged from this case.

2. The Office of the Federal Public Defender is appointed to represent

Defendant in the instant case.

**DONE AND ORDERED** this <u>sixth</u> day of March, 2006.

_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge

/pao