UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                                      4:05cr30-SPM

RAY CATHERINE PINKNEY,
a/k/a Catherine Ann Bell
_____/

ORDER DISMISSING COUNTS EIGHT AND NINE

UPON CONSIDERATION of the motion to dismiss Counts Eight and Nine filed by the government, that motion is GRANTED. Counts Eight and Nine are hereby DISMISSED.

Done this 23rd day of October, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge