### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                     **Case # 4:05CR30-01**

**CATHERINE ANN BELL**                      **USM # 20639-058**
**a/k/a Patricia B. Anderson,**
**a/k/a Evelyn Marie Brooks,**
**a/k/a Evelyn Rita Brooks,**                   **Defendant's Attorney:**
**a/k/a Pamela Wanda Cummings,**       **Randolph P. Murrell (FPD)**
**a/k/a Catherine Dandy,**                      **227 N. Bronough Street, Suite 4200**
**a/k/a Paulette R. Duncan,**                  **Tallahassee, Florida 32301**
**a/k/a Janice D. Langley,**
**a/k/a Yvonne D. Martin,**
**a/k/a Catherine D. Moore,**
**a/k/a Catherine Denise Moore,**
**a/k/a Janice Paula Moore,**
**a/k/a Annie Mae Morris,**
**a/k/a Annie Marie Morris,**
**a/k/a Belinda Mary Owens,**
**a/k/a Thelma Annette Parker,**
**a/k/a Hazel Margaret Wiggins.**

_____

### JUDGMENT IN A CRIMINAL CASE

The defendant pled guilty to Counts 1 through 7 of the Indictment on April 12, 2006.  Accordingly, **IT IS ORDERED** that the defendant is adjudged guilty of such counts which involve the following offenses:

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 U.S.C. § 1343 | Wire Fraud | October 1, 2003 | 1 |
| 18 U.S.C. § 1343 | Wire Fraud | November 10, 2003 | 2 |
| 18 U.S.C. § 1343 | Wire Fraud | December 30, 2003 | 3 |
| 18 U.S.C. § 1343 | Wire Fraud | November 10, 2003 | 4 |
| 18 U.S.C. § 1343 | Wire Fraud | November 14, 2003 | 5 |
| 18 U.S.C. § 1343 | Wire Fraud | November 14, 2003 | 6 |
| 18 U.S.C. § 1343 | Wire Fraud | October 1, 2003 | 7 |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, including amendments effective subsequent to 1984, and the Sentencing Guidelines promulgated by the U.S. Sentencing Commission.

Counts 8 and 9 are dismissed on a motion by the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Date of Imposition of Sentence:
October 16, 2006

*s/ Stephan P. Mickle*

STEPHAN P. MICKLE
UNITED STATES DISTRICT JUDGE

November <u>16</u>, 2006

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **sixty (60) months** on each of Counts 1 through 7, with said terms to be served concurrently.

The Defendant was previously denied bond, and is remanded to the custody of the United States Marshal Service.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL


By:_____
Deputy U.S. Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **three (3) years** on each of Counts 1 through 7, with said terms to be served concurrently.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall cooperate in the collection of DNA pursuant to 42 U.S.C. § 14135(a)(2), as directed by the probation officer

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.

## STANDARD CONDITIONS OF SUPERVISION

The defendant shall comply with the following standard conditions that have been adopted by this court.

1.     The defendant shall not leave the judicial district without the permission of the court or probation officer;

2.     The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3.     The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4.     The defendant shall support his or her dependents and meet other family responsibilities;

5.     The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6.     The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;

7.     The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8.     The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9.     The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10.     The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11.     The defendant shall notify the probation officer within **72 hours** of being arrested or questioned by a law enforcement officer;

12.     The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13.     As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14.     If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

The defendant shall also comply with the following additional conditions of supervised release:

1.      The defendant shall report in person to the probation office in the district to which she is released within 72 hours of her release from the Bureau of Prisons.

2.      The defendant shall not own or possess a firearm, dangerous weapon or destructive device.

3.      The defendant shall participate in a program of mental health treatment.

4.      The defendant shall remain gainfully employed or actively seek employment while under supervision.

5.      The defendant shall provide the probation officer with access to all requested financial information and shall report the source and amount of personal and business income and financial assets to the probation office as directed.

6.      The defendant shall submit to searches of her person, residence, office, and vehicle, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion on contraband or evidence of a violation of supervised release.  Failure to submit to such search is grounds for revocation.  The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

7.      The defendant shall not incur new credit charges or open any new lines of credit without the approval of her probation officer.

8.      The defendant shall not have signature authority on any checking or savings account in her name or any other name.

9.      The defendant shall not have a driver's license or other identification in any name other than her true legal name.

10.     The defendant shall not open or possess any bank accounts, whether checking, savings, or

otherwise, whether business, personal, or otherwise.

11.     The defendant shall not use, purchase, possess, or access any computer, whether public, personal, business, employment-related, or otherwise.

12.     The defendant shall make all payments to the clerk's office in the form of a cashier's check or money order.  No personal checks will be accepted.


Upon a finding of a violation of probation or supervised release, I understand the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me.  I fully understand the conditions and have been provided a copy of them.


_____          _____
Defendant                                                                    Date


_____          _____
U.S. Probation Officer/Designated Witness                    Date

# CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the Clerk, U.S. District Court, unless otherwise directed by the Court.  Payments shall be made payable to the Clerk, U.S. District Court, and mailed to 111 N. Adams St., Suite 322, Tallahassee, FL 32301-7717.  Payments can be made in the form of cash if paid in person.

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.  The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options in the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

## SUMMARY

| Special Monetary Assessment | Fine | Restitution |
|---|---|---|
| **$700.00** | **NONE** | **$73,954.08**[1] |

## SPECIAL MONETARY ASSESSMENT

A special monetary assessment of **$700.00** is imposed, and is due in full immediately.

## FINE
No fine imposed.

## RESTITUTION
Restitution is to be in the amount of **$73,954.08**. (Interest is waived)

The defendant shall make restitution to the following victims in the amounts listed below:

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered |
|---|---|---|
| AAA Concrete | $180.56 | $180.56 |
| Advance Auto Parts | $210.78 | $210.78 |
| Advance Auto Parts | $116.22 | $116.22 |

[1] This amount is $108.08 less than was stipulated to at sentencing.  One check in the amount of $108.08 (payable to Linens 'n' Things) was erroneously double-counted, thus accounting for the discrepancy.  All parties agree that the **$73,954.08** amount is accurate.

| | | |
|---|---:|---:|
| Advance Auto Parts | $245.44 | $245.44 |
| Advance Auto Parts | $162.94 | $162.94 |
| After Hours | $280.87 | $280.87 |
| Albertson's | $191.27 | $191.27 |
| Albertson's | $219.27 | $219.27 |
| Albertson's | $222.84 | $222.84 |
| Albertson's | $149.05 | $149.05 |
| Albertson's | $186.48 | $186.48 |
| American Fare | $42.69 | $42.69 |
| American Music | $246.09 | $246.09 |
| American Pizza Pie | $21.00 | $21.00 |
| Auto Zone | $346.40 | $346.40 |
| Auto Zone | $103.67 | $103.67 |
| Auto Zone | $89.79 | $89.79 |
| Auto Zone | $93.39 | $93.39 |
| Auto Zone | $100.00 | $100.00 |
| Auto Zone | $203.68 | $203.68 |
| Auto Zone | $215.95 | $215.95 |
| Auto Zone | $200.00 | $200.00 |
| Auto Zone #0983 | $254.33 | $254.33 |
| Barber Fertilizer Company | $183.36 | $183.36 |
| Bath & Body Works | $159.53 | $159.53 |
| Belk's | $170.81 | $170.81 |
| Bed, Bath & Beyond | $96.72 | $96.72 |
| Bed Bath and Beyond #395 | $165.44 | $165.44 |
| Bed, Bath & Beyond | $107.48 | $107.48 |
| Bed, Bath & Beyond | $158.31 | $158.31 |
| Bed, Bath & Beyond | $99.00 | $99.00 |
| Bed, Bath & Beyond | $220.26 | $220.26 |
| Bed, Bath & Beyond | $95.37 | $95.37 |

| | | |
|---|---|---|
| Bed, Bath & Beyond | $105.98 | $105.98 |
| Bed, Bath & Beyond | $99.00 | $99.00 |
| Best Buy #395 | $364.35 | $364.35 |
| Best Buy #857 | $425.89 | $425.89 |
| Best Buy #507 | $426.22 | $426.22 |
| Blackbeard's Restaurant | $56.43 | $56.43 |
| Borders | $90.64 | $90.64 |
| Boston Market | $38.62 | $38.62 |
| Boston Market | $83.27 | $83.27 |
| Brunos #0091 | $175.49 | $175.49 |
| Brunos | $154.28 | $154.28 |
| Brunos | $180.30 | $180.30 |
| Brunos | $135.91 | $135.91 |
| Burger King | $32.69 | $32.69 |
| Burlington Coat Factory | $178.36 | $178.36 |
| Camera America | $46.39 | $46.39 |
| Captain D's | $17.29 | $17.29 |
| Catherine's Plus Sizes | $204.24 | $204.24 |
| Cato's #132 | $97.00 | $97.00 |
| Cato's #132 | $89.00 | $89.00 |
| Cato's #08 | $95.18 | $95.18 |
| Cato's #132 | $90.68 | $90.68 |
| Cato's #132 | $90.68 | $90.68 |
| Cato's #0521 | $95.37 | $95.37 |
| Cato's #0419 | $98.37 | $98.37 |
| Cato's | $99.48 | $99.48 |
| Cato's | $99.48 | $99.48 |
| Cato's | $98.00 | $98.00 |
| Cato's | $97.00 | $97.00 |
| Champ's | $100.00 | $100.00 |

| | | |
|---|---|---|
| Chick Fil A | $18.69 | $18.69 |
| Cindy's Dream Gowns | $215.13 | $215.13 |
| Circuit City #2200 | $325.78 | $325.78 |
| Circuit City #1681 | $74.89 | $74.89 |
| Cracker Barrel | $80.11 | $80.11 |
| Cracker Barrel | $128.59 | $128.59 |
| Cracker Barrel #28 | $101.49 | $101.49 |
| Cracker Barrel #28 | $128.78 | $128.78 |
| Cracker Barrel #171 | $97.91 | $97.91 |
| Cracker Barrel | $110.01 | $110.01 |
| Crate | $100.00 | $100.00 |
| Crystal River | $14.45 | $14.45 |
| Crystal River | $20.21 | $20.21 |
| CVS #4569 | $84.84 | $84.84 |
| CVS #4919 | $183.94 | $183.94 |
| CVS #4177 | $127.23 | $127.23 |
| CVS | $153.89 | $153.89 |
| CVS #4878 | $148.95 | $148.95 |
| CVS #4015 | $73.96 | $73.96 |
| David's Bridal | $937.38 | $937.38 |
| David's Bridal | $445.17 | $445.17 |
| David's Bridal | $819.28 | $819.28 |
| David's Bridal | $988.98 | $988.98 |
| David's Bridal | $808.78 | $808.78 |
| Dick's Clothing and Sporting Goods | $197.12 | $197.12 |
| Dick's Clothing and Sporting Goods | $368.71 | $368.71 |
| Dick's Clothing and Sporting Goods | $224.71 | $224.71 |

| | | |
|---|---|---|
| Dick's Clothing and Sporting Goods | $125.66 | $125.66 |
| Dick's Clothing and Sporting Goods | $105.97 | $105.97 |
| Dixie | $15.00 | $15.00 |
| Dollar General #8162 | $37.83 | $37.83 |
| Dollar Tree #0356 | $12.72 | $12.72 |
| Dollar Tree #0356 | $34.98 | $34.98 |
| Dominos Pizza | $17.38 | $17.38 |
| Dominos Pizza | $36.87 | $36.87 |
| Eckerd's | $125.92 | $125.92 |
| Eckerd's #3697 | $151.19 | $151.19 |
| Eckerd's #8090 | $134.62 | $134.62 |
| Eckerd's #0134 | $94.77 | $94.77 |
| Express | $211.68 | $211.68 |
| Express | $241.92 | $241.92 |
| Express | $246.34 | $246.34 |
| Express | $234.35 | $234.35 |
| Express | $300.00 | $300.00 |
| Famous Footwear | $175.11 | $175.11 |
| Famous Footwear | $137.35 | $137.35 |
| Fashion Bug | $193.58 | $193.58 |
| Fashion Bug | $190.58 | $190.58 |
| Firehouse Subs | $11.31 | $11.31 |
| Food Liquors | $203.32 | $203.32 |
| Ford Town | $1,552.25 | $1,552.25 |
| Giant Food | $69.86 | $69.86 |
| Giles Builder's Supply | $182.58 | $182.58 |
| Golden Corral | $20.69 | $20.69 |
| Golden Corral #652 | $26.48 | $26.48 |
| Golden Corral | $21.55 | $21.55 |

| | | |
|---|---|---|
| Goodwill | $80.79 | $80.79 |
| Goodyear | $139.10 | $139.10 |
| Goody's Clothing | $236.30 | $236.30 |
| Goody's Family Clothing | $220.94 | $220.94 |
| Goody's Family Clothing | $173.31 | $173.31 |
| Haverty's Furniture | $927.64 | $927.64 |
| Home Depot #163 | $186.34 | $186.34 |
| Kay's Jeweler's | $1,201.98 | $1,201.98 |
| Kmart | $123.83 | $123.83 |
| Kmart #3002 | $131.03 | $131.03 |
| Kmart #3082 | $108.97 | $108.97 |
| Kmart #7360 | $116.07 | $116.07 |
| Kmart #7905 | $150.70 | $150.70 |
| Kmart #3289 | $3.40 | $3.40 |
| Kmart #3289 | $96.94 | $96.94 |
| Kmart #3082 | $107.66 | $107.66 |
| Kmart #4723 | $99.29 | $99.29 |
| Kmart #4723 | $98.64 | $98.64 |
| Kmart #7558 | $95.80 | $95.80 |
| Kmart #7558 | $98.36 | $98.36 |
| Kmart | $55.69 | $55.69 |
| Kmart | $75.08 | $75.08 |
| Laing Hardware | $103.22 | $103.22 |
| Land of Cotton | $286.58 | $286.58 |
| Leed's Building Supply | $291.91 | $291.91 |
| Linens and Things | $108.08 | $108.08 |
| Longhorn | $45.61 | $45.61 |
| Longhorn | $33.14 | $33.14 |
| Longhorn | $43.59 | $43.59 |
| Longhorn | $46.90 | $46.90 |

*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*                                           *Page 13 of 23*
*4:05CR30-001 CATHERINE ANN BELL*

| | | |
|---|---|---|
| Longhorn | $100.00 | $100.00 |
| Longhorn | $45.08 | $45.08 |
| Longhorn | $68.34 | $68.34 |
| Longhorn | $13.23 | $13.23 |
| Longhorn | $21.56 | $21.56 |
| Longhorn | $75.00 | $75.00 |
| Lowe's #0606 | $300.38 | $300.38 |
| Lowe's | $500.59 | $500.59 |
| Lowe's | $470.52 | $470.52 |
| Lowe's | $493.44 | $493.44 |
| Lowe's | $417.12 | $417.12 |
| Lowe's #0606 | $402.44 | $402.44 |
| Memories and Minutes | $62.87 | $62.87 |
| Merle Norman | $119.84 | $119.84 |
| Michael's | $172.21 | $172.21 |
| Michael's #3846 | $184.42 | $184.42 |
| Michael's #9818 | $197.89 | $197.89 |
| Michael's #9818 | $98.13 | $98.13 |
| Michael's #1686 | $131.72 | $131.72 |
| Michael's | $155.04 | $155.04 |
| Michael's #9875 | $78.07 | $78.07 |
| Michael's #9948 | $94.50 | $94.50 |
| Michael's #9948 | $194.19 | $194.19 |
| Midas Muffler | $289.05 | $289.05 |
| Morrison's | $10.53 | $10.53 |
| Movie Gallery | $75.00 | $75.00 |
| Movie Gallery | $45.75 | $45.75 |
| Movie Gallery | $33.46 | $33.46 |
| Office Depot | $137.31 | $137.31 |
| Office Depot | $140.39 | $140.39 |

| | | |
|---|---|---|
| Office Depot | $105.30 | $105.30 |
| Office Depot | $166.83 | $166.83 |
| Office Depot #417 | $130.84 | $130.84 |
| Office Depot #417 | $106.61 | $106.61 |
| Office Depot | $117.87 | $117.87 |
| Office Depot | $152.88 | $152.88 |
| Office Depot #429 | $151.20 | $151.20 |
| Office Depot | $134.64 | $134.64 |
| Office Depot | $253.19 | $253.19 |
| Office Depot | $140.39 | $140.39 |
| Office Depot | $131.01 | $131.01 |
| Office Depot | $130.71 | $130.71 |
| Office Depot | $137.43 | $137.43 |
| Office Depot | $761.23 | $761.23 |
| Office Depot | $167.38 | $167.38 |
| Office Max | $216.62 | $216.62 |
| Office Max | $125.62 | $125.62 |
| Office Max | $224.48 | $224.48 |
| Office Max | $271.39 | $271.39 |
| Office Max #1024 | $246.86 | $246.86 |
| Office Max | $135.26 | $135.26 |
| Office Max | $195.11 | $195.11 |
| Office Max | $260.35 | $260.35 |
| Old Navy #6141 | $160.91 | $160.91 |
| Old Navy | $150.00 | $150.00 |
| Old Navy #6549 | $155.69 | $155.69 |
| Old Navy | $150.00 | $150.00 |
| Old Navy | $191.44 | $191.44 |
| Outback Steakhouse | $75.00 | $75.00 |
| Outback Steakhouse | $56.24 | $56.24 |

| | | |
|---|---|---|
| Outback Steakhouse | $49.79 | $49.79 |
| Outback Steakhouse | $163.73 | $163.73 |
| Outback Steakhouse | $100.00 | $100.00 |
| Outback Steakhouse | $62.00 | $62.00 |
| Outback Steakhouse | $36.07 | $36.07 |
| Owen's Sporting Goods | $160.50 | $160.50 |
| Papa John's Pizza | $26.94 | $26.94 |
| Party City | $240.88 | $240.88 |
| Party Store | $54.54 | $54.54 |
| Party Universe | $177.50 | $177.50 |
| Payless Shoe Source | $114.40 | $114.40 |
| Payless Shoe Source  #0958 | $173.17 | $173.17 |
| Petsmart | $30.39 | $30.39 |
| Piccadilly's | $75.50 | $75.50 |
| Piccadilly's | $100.00 | $100.00 |
| Pizza Hut #2949 | $53.00 | $53.00 |
| Pizza Hut | $29.98 | $29.98 |
| Pizza Hut | $30.73 | $30.73 |
| Pizza Hut #2949 | $57.46 | $57.46 |
| Po Folks | $17.20 | $17.20 |
| Po Folks | $28.52 | $28.52 |
| Porter | $152.74 | $152.74 |
| Precision Tire | $419.53 | $419.53 |
| Publix #0801 | $100.49 | $100.49 |
| Publix #0677 | $175.64 | $175.64 |
| Publix #0383 | $160.57 | $160.57 |
| Publix #0471 | $137.91 | $137.91 |
| Publix #0323 | $93.11 | $93.11 |
| Publix | $115.19 | $115.19 |
| Publix | $124.38 | $124.38 |

| | | |
|---|---|---|
| Rack Room Shoes | $125.50 | $125.50 |
| Radio Shack | $100.00 | $100.00 |
| Radio Shack | $100.00 | $100.00 |
| Radio Shack | $97.95 | $97.95 |
| Radio Shack | $130.00 | $130.00 |
| Radio Shack | $96.27 | $96.27 |
| Rose's | $40.82 | $40.82 |
| Ross | $150.61 | $150.61 |
| Ross | $196.82 | $196.82 |
| Ross | $153.29 | $153.29 |
| Ross | $148.62 | $148.62 |
| Rugged Warehouse | $112.63 | $112.63 |
| Rugged Warehouse | $112.63 | $112.63 |
| Ryan's #120 | $22.41 | $22.41 |
| Ryan's #120 | $5.34 | $5.34 |
| Ryan's #120 | $33.06 | $33.06 |
| Ryan's #447 | $20.30 | $20.30 |
| Ryan's #447 | $45.96 | $45.96 |
| Ryan's #447 | $100.00 | $100.00 |
| Ryan's #447 | $46.97 | $46.97 |
| Ryan's #386 | $9.98 | $9.98 |
| Ryan's #371 | $31.46 | $31.46 |
| Sally Beauty Supply | $155.71 | $155.71 |
| Sally Beauty Supply | $154.38 | $154.38 |
| Sally Beauty Supply | $149.01 | $149.01 |
| Sally Beauty Supply | $157.03 | $157.03 |
| Sally Beauty Company, Inc. | $207.84 | $207.84 |
| Sally Beauty Company, Inc. | $154.42 | $154.42 |
| Sam's Club #8119 | $458.72 | $458.72 |
| Sam's Club #8119 | $242.69 | $242.69 |

| | | |
|---|---|---|
| Sam's Club #8119 | $277.69 | $277.69 |
| Sam's Club #8119 | $208.47 | $208.47 |
| Sam's Club #8151 | $217.99 | $217.99 |
| Sam's Club #6655 | $184.59 | $184.59 |
| Sam's Club #6506 | $323.78 | $323.78 |
| Sam's Club #6506 | $271.39 | $271.39 |
| Sam's Club #6506 | $236.77 | $236.77 |
| Sam's Club #8192 | $145.50 | $145.50 |
| Sam's Club #8192 | $217.73 | $217.73 |
| Sam's Club #8192 | $200.00 | $200.00 |
| Sam's Club #8192 | $263.08 | $263.08 |
| Sam's Club #8192 | $221.46 | $221.46 |
| Sam's Club #8192 | $300.00 | $300.00 |
| Sam's Club #8213 | $541.16 | $541.16 |
| Sam's Club #8225 | $427.26 | $427.26 |
| Sam's Club #8225 | $224.72 | $224.72 |
| Sam's Club #8102 | $243.12 | $243.12 |
| Sam's Club #8102 | $258.86 | $258.86 |
| Sam's Club #6361 | $261.32 | $261.32 |
| Sam's Club | $35.00 | $35.00 |
| Sam's Club #6361 | $199.81 | $199.81 |
| Sam's Club #8192 | $547.18 | $547.18 |
| Sam's Club #0225 | $265.52 | $265.52 |
| Shoe Carnival #200 | $103.61 | $103.61 |
| Shoe Carnival #200 | $96.88 | $96.88 |
| Shoe Carnival #200 | $72.87 | $72.87 |
| Shoe Carnival #200 | $109.05 | $109.05 |
| Shoe Carnival | $175.89 | $175.89 |
| Shoe Show | $103.54 | $103.54 |
| Sonic | $18.80 | $18.80 |

| | | |
|---|---|---|
| Sonic | $5.07 | $5.07 |
| Sonic | $8.11 | $8.11 |
| Sonic | $7.86 | $7.86 |
| Souper Salad | $10.12 | $10.12 |
| Sport's Authority | $94.49 | $94.49 |
| Sport's Authority | $92.94 | $92.94 |
| Sport's Authority | $96.66 | $96.66 |
| Sport's Authority | $84.33 | $84.33 |
| Sport's Authority | $99.00 | $99.00 |
| Sport's Authority | $96.08 | $96.08 |
| Sport's Authority | $92.19 | $92.19 |
| Sport's Authority | $98.99 | $98.99 |
| Sport's Authority | $98.43 | $98.43 |
| Sport's Authority | $100.00 | $100.00 |
| Sport's Authority | $95.68 | $95.68 |
| Sport's Authority | $210.71 | $210.71 |
| Sport's Authority | $92.02 | $92.02 |
| Springmaid | $151.84 | $151.84 |
| Sprint | $69.53 | $69.53 |
| Staples | $91.27 | $91.27 |
| Staples | $116.89 | $116.89 |
| Staples | $109.81 | $109.81 |
| Staples | $124.07 | $124.07 |
| Staples | $472.13 | $472.13 |
| Stevi B's Pizza | $17.40 | $17.40 |
| Steinmart #254 | $190.22 | $190.22 |
| Steinmart #254 | $220.05 | $220.05 |
| Steinmart #225 | $228.85 | $228.85 |
| Stone's | $256.68 | $256.68 |
| Subway #20830 | $16.68 | $16.68 |

| | | |
|---|---|---|
| Subway | $13.24 | $13.24 |
| Subway | $13.78 | $13.78 |
| Taco Bell | $8.85 | $8.85 |
| Taco Bell | $14.26 | $14.26 |
| Target | $196.92 | $196.92 |
| Target | $181.81 | $181.81 |
| Target | $177.15 | $177.15 |
| Target | $281.17 | $281.17 |
| Target | $166.37 | $166.37 |
| Target | $246.06 | $246.06 |
| Target | $229.36 | $229.36 |
| Things Remembered | $110.55 | $110.55 |
| TJ Maxx | $166.92 | $166.92 |
| TJ Maxx | $181.16 | $181.16 |
| TJ Maxx | $174.36 | $174.36 |
| TJ Maxx | $178.66 | $178.66 |
| TJ Maxx | $167.36 | $167.36 |
| TJ Maxx | $197.50 | $197.50 |
| TJ Maxx | $186.44 | $186.44 |
| TJ Maxx | $184.82 | $184.82 |
| Toys R Us #8838 | $200.00 | $200.00 |
| Toys R Us #8838 | $168.75 | $168.75 |
| Toys R Us | $236.36 | $236.36 |
| Toys R Us #884 | $211.76 | $211.76 |
| Value City Furniture | $1,370.78 | $1,370.78 |
| Video Warehouse | $55.36 | $55.36 |
| Walgreen's | $99.00 | $99.00 |
| Walgreen's | $97.11 | $97.11 |
| Walgreen's | $107.46 | $107.46 |
| Walgreen's | $99.88 | $99.88 |

*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*                    *Page 20 of 23*
*4:05CR30-001 CATHERINE ANN BELL*

| | | |
|---|---|---|
| Walgreen's | $109.27 | $109.27 |
| Walgreen's | $97.53 | $97.53 |
| Walgreen's | $99.00 | $99.00 |
| Walgreen's | $99.00 | $99.00 |
| Walgreen's | $97.74 | $97.74 |
| Walmart | $188.64 | $188.64 |
| Walmart #0930 | $168.25 | $168.25 |
| Walmart #2534 | $130.94 | $130.94 |
| Walmart #0604 | $171.86 | $171.86 |
| Walmart #0604 | $104.03 | $104.03 |
| Walmart #1367 | $149.53 | $149.53 |
| Walmart #1134 | $108.13 | $108.13 |
| Walmart #1134 | $141.34 | $141.34 |
| Walmart #1134 | $154.97 | $154.97 |
| Walmart #0604 | $186.85 | $186.85 |
| Walmart #2534 | $175.07 | $175.07 |
| Walmart #0604 | $287.96 | $287.96 |
| Walmart | $134.04 | $134.04 |
| Walmart #1134 | $191.33 | $191.33 |
| Walmart | $202.99 | $202.99 |
| Walmart #1605 | $100.00 | $100.00 |
| Walmart | $139.97 | $139.97 |
| Walmart #0601 | $102.92 | $102.92 |
| Walmart #1207 | $119.85 | $119.85 |
| Walmart #1207 | $175.07 | $175.07 |
| Walmart #2534 | $158.66 | $158.66 |
| Walmart #1207 | $132.91 | $132.91 |
| Walmart #1207 | $101.96 | $101.96 |
| Walmart #1032 | $141.63 | $141.63 |
| Walmart #1032 | $110.58 | $110.58 |

| | | |
|---|---|---|
| Walmart #1224 | $198.54 | $198.54 |
| Walmart  #1362 | $149.56 | $149.56 |
| Walmart #0919 | $192.53 | $192.53 |
| Walmart | $193.00 | $193.00 |
| Walmart | $191.91 | $191.91 |
| Winn Dixie #0110 | $186.99 | $186.99 |
| Winn Dixie #571 | $139.80 | $139.80 |
| Winn Dixie #0149 | $164.94 | $164.94 |
| Winn Dixie #0443 | $77.92 | $77.92 |
| Winn Dixie #0433 | $224.15 | $224.15 |
| Winn Dixie #0169 | $123.21 | $123.21 |
| Winn Dixie #0169 | $148.00 | $148.00 |
| Winn Dixie #0172 | $197.70 | $197.70 |
| Winn Dixie #0172 | $142.30 | $142.30 |
| Winn Dixie #0172 | $198.03 | $198.03 |
| Winn Dixie #0172 | $184.97 | $184.97 |
| Winn Dixie #0172 | $142.30 | $142.30 |
| Winn Dixie | $165.93 | $165.93 |
| Winn Dixie #0120 | $67.34 | $67.34 |
| Winn Dixie #0120 | $188.76 | $188.76 |
| Winn Dixie #0120 | $78.40 | $78.40 |
| Winn Dixie #0120 | $59.13 | $59.13 |
| Winn Dixie #0120 | $118.11 | $118.11 |
| Winn Dixie #0120 | $176.54 | $176.54 |
| Winn Dixie #0120 | $199.00 | $199.00 |
| Winn Dixie #0120 | $171.05 | $171.05 |
| Winn Dixie #0120 | $165.55 | $165.55 |
| Winn Dixie #0426 | $188.53 | $188.53 |
| Winn Dixie #0426 | $73.09 | $73.09 |
| Winn Dixie #0454 | $193.40 | $193.40 |

| | | |
|---|---|---|
| Winn Dixie #0454 | $178.17 | $178.17 |
| Winn Dixie #0454 | $185.07 | $185.07 |
| Winn Dixie #0457 | $195.02 | $195.02 |
| Winn Dixie #0169 | $154.69 | $154.69 |
| Winn Dixie | $132.34 | $132.34 |
| Winn Dixie #0481 | $138.36 | $138.36 |
| Winn Dixie #0481 | $199.69 | $199.69 |
| Winn Dixie #0515 | $208.70 | $208.70 |
| Winn Dixie #0567 | $205.56 | $205.56 |
| Winn Dixie #0560 | $147.23 | $147.23 |
| Winn Dixie #0561 | $161.46 | $161.46 |
| Winn Dixie#0577 | $49.86 | $49.86 |
| Winn Dixie #0577 | $189.25 | $189.25 |
| Winn Dixie #0577 | $130.48 | $130.48 |
| Winn Dixie | $174.01 | $174.01 |
| Winn Dixie | $197.87 | $197.87 |
| Winn Dixie #0457 | $33.62 | $33.62 |
| Winn Dixie #0436 | $208.11 | $208.11 |
| Winn Dixie #0487 | $198.00 | $198.00 |
| Winn Dixie #1020 | $25.20 | $25.20 |
| Winn Dixie #0541 | $178.73 | $178.73 |
| Winn Dixie #0455 | $162.85 | $162.85 |
| Winn Dixie #0455 | $146.91 | $146.91 |
| Winn Dixie #0455 | $135.37 | $135.37 |
| Winn Dixie #0577 | $210.99 | $210.99 |
| Winn Dixie #0501 | $155.66 | $155.66 |
| Winn Dixie #0558 | $157.92 | $157.92 |
| Winn Dixie #0426 | $195.66 | $195.66 |
| Winn Dixie #0169 | $150.04 | $150.04 |
| Wolf Camera #1459 | $90.95 | $90.95 |

| | | |
|---|---|---|
| Zaxby's | $30.94 | $30.94 |
| Zaxby's | $18.00 | $18.00 |
| Zaxby's | $25.19 | $25.19 |
| Zaxby's | $40.00 | $40.00 |
| **TOTAL:** | **$73,954.08** | **$73,954.08** |

The defendant must notify the court of any material changes in the defendant's economic circumstances, in accordance with 18 U.S.C. §§ 3572(d), 3664(k) and 3664(n).  Upon notice of a change in the defendant's economic condition, the Court may adjust the installment payment schedule as the interests of justice require.

Special instructions regarding the payment of criminal monetary penalties pursuant to 18 U.S.C. § 3664(f)(3)(A):

Unless the court has expressly ordered otherwise above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment.  In the event the entire amount of monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due.  The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.