UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          CASE NO.  4:05-CR-030-SPM

CATHERINE BELL,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S REQUEST FOR RELIEF

**THIS CAUSE** comes before the Court upon a letter written by Defendant, advising the Court that the Bureau of Prisons is attempting to collect special monetary assessment payments from her.  (doc. 65) Defendant correctly states that on May 24, 2007, this Court amended its judgment and sentence to reflect a payment schedule that would start upon 60 days from Defendant's release from prison. (doc. 58)  However, that order concerned the payment of restitution, *not* the payment of the special monetary assessment of $700.  At the sentencing, this Court instructed Defendant that the monetary assessment was "due and payable immediately" (doc. 50, p. 19).  The judgment of the court that the special monetary assessment is due and payable immediately is final and will not be reconsidered.

Payment of the monetary assessment must continue while Defendant is in prison. The Inmate Financial Responsibility Program ("IFRP") was created in order to help inmates satisfy their legitimate financial obligation by assisting them in the development of a financial plan. 28 CFR 545.10 However, participation in IFRP is voluntary. If Defendant decides to participate in the program, the payments she must make toward the special monetary assessment are determined by the prison officials who operate the program. It is their responsibility to discuss with Defendant her financial situation and to craft a financial plan that allows Defendant to fulfill her financial obligations.

Accordingly, it is

**ORDERED AND ADJUDGED**:

1. Defendant's request for relief from judgement is hereby *denied*.

**DONE AND ORDERED** this ninth day of August, 2007.

    *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge