**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                CASE NO.  4:05-CR-030-SPM

CATHERINE BELL,

    Defendant.

_____/

**ORDER DENYING MOTION TO REDUCE SENTENCE**

    This cause comes before the Court on Defendant's Motion to Reduce Sentence(doc. 69).

    Rule 35 of the Federal Rules of Criminal Procedure prescribes two circumstances under which a court may correct or reduce a sentence.  Under subsection a, the court may correct a sentence for clear error within seven days of imposition.  Notwithstanding the fact that Defendant's motion is untimely under subsection a, the provision "is not intended . . . for the court to simply change its mind about the appropriateness of the sentence."  Fed. R. Crim. P. 35 advisory committee's notes (1991).

    Under subsection b, the court may reduce a sentence upon the government's filing of a substantial assistance motion.  No substantial assistance

motion has been filed in this case. Therefore, this Court does not have jurisdiction to reduce Defendant's sentence. Furthermore, the United States Court of Appeals for the Eleventh Circuit has ruled that Defendant's sentence was reasonable, especially given that it was well below the statutory twenty-five year maximum (doc. 68).

Accordingly, it is

ORDERED AND ADJUDGED that Defendant's Motion to Reduce Sentence (doc. 69) is hereby *denied*.

DONE AND ORDERED this <u>seventh</u> day of December, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge